## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DAYTON SUPERIOR CORPORATION                    Case No. 3:11-cv-382

              Plaintiff,

-vs-                                            Judge Walter H. Rice

POLYLOK, INC.

              Defendant.

## ORDER

**Service within 120 days of filing:** This action was filed October 28, 2011 as of the date of this Order, Plaintiff has filed neither a waiver of service nor proof of service on Defendant.

Plaintiff is reminded that Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 120 days of filing the Complaint. Plaintiff's time for filing proof of service or waiver expires February 26, 2012. Unless proof of service is filed by that date, the Court will dismiss the Defendant from this action for lack of service of process.

**DONE** and **ORDERED** in Dayton, Ohio, this 29th day of December, 2011.

                                    WALTER H. RICE, JUDGE
                                    UNITED STATES DISTRICT COURT